# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAO PAK,

        Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Respondent.

Case No. SA CV 17-117 RGK (MRW)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

**FRCP 41(b)**

    The Court dismisses this action without prejudice. When Petitioner filed this action, he was an immigration detainee who sought federal habeas corpus review of his detention. (Docket # 1.)

    However, after answering the petition, the government provided proof that Petitioner was recently removed from the United States and sent to Cambodia; he is no longer in immigration custody. (Docket # 15-1 at 2-4.) That renders this action moot.

    Federal Rule of Civil Procedure 41(b) allows a court to dismiss an action if a litigant "fails to prosecute or to comply with these rules or a court order." It is

apparent that Petitioner is unable to pursue habeas relief any further.  Given the circumstances of the action, the Court concludes that the dismissal request should be granted.  It is appropriate to dismiss the action without prejudice.

IT IS SO ORDERED.

Dated: June 9, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE